SIDNEY C. FLORES, SBN 64082
FLORES & BARRIOS
97 E. St. James Street, Suite 102
San Jose, California 95112
Mailing address:
P.O. Box 266
San Jose, California 95103-0266
Telephone : (408) 292-3400
Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 5/4/07*

| | |
|---|---|
| **JESUS PEREZ, LUIS RUBIO & JOSE ARTEAGA,**<br><br>Plaintiffs,<br><br>vs.<br><br>**MERCADO MARLEN, a sole proprietorship, & JAVIER GARCIA,**<br><br>Defendants. | Case No.  C06 07210 RMW<br><br>ORDER ON STIPULATION TO EXTEND TIME FOR INITIAL DISCLOSURES<br><br>FRCP 26 (a)(1) |

GOOD CAUSE APPEARING per the Stipulation of the parties, it is hereby ORDERED the parties shall comply with initial disclosures on or before April 15, 2007.

SO ORDERED.

Dated: May 4, 2007

*Ronald M. Whyte*
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

---

ORDER ON STIPULATION TO EXTEND DISCOVERY
In Re Perez v. Mercardo Marlen,  Case No.  C06-07210

1