|   |   |
|---|---|
| 1 | SIDNEY C. FLORES, SBN 64082 |
|   | FLORES & BARRIOS |
| 2 | 97 E. St. James Street, Suite 102 |
|   | San Jose, California 95112 |
| 3 | Mailing address: |
|   | P.O. Box 266 |
| 4 | San Jose, California 95103-0266 |
|   | Telephone : (408) 292-3400 |
| 5 | Attorney for Defendant |

*E-FILED: 7.18.2007*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JESUS PEREZ, LUIS RUBIO & JOSE ARTEAGA,**

Plaintiffs,

vs.

**MERCADO MARLEN, a sole proprietorship, & JAVIER GARCIA,**

Defendants.
_____/

Case No. C06 07210 ~~RMW~~ HRL

**ORDER ON STIPULATION TO EXTEND TIME TO COMPLETE EARLY NEUTRAL EVALUATION AND ESTABLISH CMC HEARING**

GOOD CAUSE APPEARING per the Stipulation of the parties;

IT IS HEREBY ORDERED that Early Neutral Evaluation (ENE) will be completed on or before August 30, 2007.

IT IS FURTHER ORDERED the Case Management Conference (CMC) hearing ~~shall be re-set~~ **is continued** to ~~October 13, 2007.~~ **September 11, 2007, 1:30 p.m. in Courtroom 2. The parties' joint case management statement shall be filed by September 4, 2007.**

Dated: July __18__, 2007

_____
MAGISTRATE LLOYD
UNITED STATES ~~DISTRICT COURT~~ JUDGE
NORTHERN DISTRICT OF CALIFORNIA

---

**ORDER ON STIPULATION TO EXTEND TIME TO COMPLETE EARLY NEUTRAL EVALUATION; AND ESTABLISH CMC HEARING**
**In Re Perez v. Mercardo Marlen, Case No. C06-07210**

1