1  SIDNEY C. FLORES, SBN 64082
   FLORES & BARRIOS
2  97 E. St. James Street, Suite 102
   San Jose, California 95112
3  Mailing Address:
   P.O. Box 266
4  San Jose, California 95103-0266
   Telephone : (408) 292-3400
5
6  Attorney for Defendant, Javier Garcia

7                    UNITED STATES DISTRICT COURT
8
                     FOR DISTRICT OF NORTHERN CALIFORNIA
9
10 JESUS PEREZ, LUIS RUBIO, & JOSE          Case Number : C06-07210 HRL
   ARTEAGA
11           Plaintiff,                     STIPULATION TO DISMISS AND ORDER
                                            THEREON
12 vs.
13 MERCARDO MARLEN, a sole
   proprietorship, & JAVIER GARCIA
14
            Defendants,
15 _____/

16     It is hereby stipulated by and between the parties that this matter is to be dismissed, with
17 Prejudice and this Court shall retain jurisdiction, in order to enforce the confidential settlement
18 agreement, if necessary.
19     It is further stipulated a facsimile signature shall be construed as an original for the purpose
20 of filing this stipulation.
21
22 Dated: September 06, 2007
23
24 _____       _____
   SIDNEY C. FLORES                      JAMES DAL BON
   ATTORNEY FOR DEFENDANT                ATTORNEY FOR PLAINTIFFS
25
26 IT IS SO ORDERED.
27
         9/10/07
28                                        _____
                                          HONORABLE MAGISTRATE
                                          JUDGE LLOYD

---

STIPULATION TO DISMISS AND ORDER THEREON
Case No. C06-07210

1

1  SIDNEY C. FLORES, SBN 64082
   FLORES & BARRIOS
2  97 E. St. James Street, Suite 102
   San Jose, California 95112
3  Mailing Address:
   P.O. Box 266
4  San Jose, California 95103-0266
   Telephone : (408) 292-3400
5
   Attorney for Defendant, Javier Garcia
6

## UNITED STATES DISTRICT COURT

## FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| JESUS PEREZ, LUIS RUBIO, & JOSE ARTEAGA<br>Plaintiff, | Case Number : C06-07210 HRL<br>STIPULATION TO DISMISS AND ORDER THEREON |
| vs. | |
| MERCARDO MARLEN, a sole proprietorship, & JAVIER GARCIA<br>Defendants. | |

It is hereby stipulated by and between the parties that this matter is to be dismissed, with Prejudice and this Court shall retain jurisdiction, in order to enforce the confidential settlement agreement, if necessary.

It is further stipulated a facsimile signature shall be construed as an original for the purpose of filing this stipulation.

Dated: September 06, 2007

_____          _____
SIDNEY C. FLORES                   JAMES DAL BON
ATTORNEY FOR DEFENDANT             ATTORNEY FOR PLAINTIFFS

IT IS SO ORDERED.

_____
HONORABLE MAGISTRATE
JUDGE LLOYD

STIPULATION TO DISMISS AND ORDER THEREON
Case No. C06-07210
1